JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
STEPHEN G. KEIM, ESQ.
Nevada Bar No. 11621
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
*Attorneys for BASIC FOOD FLAVORS, INC.*

# UNITED STATE DISTRICT COURT

# DISTRICT OF  NEVADA

* * *

|  |  |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY | Case No.:  2:10-cv-001109-JCM-VCF |
| Plaintiff/ Counter-Defendant, | |
| vs. | |
| BASIC FOOD FLAVORS, INC. | |
| Defendant/Counter-Claimant. | |

## STIPULATION (AND PROPOSED ORDER) TO EXTEND THE GLOBAL SETTLEMENT DEADLINES

Plaintiff/Counter-Defendant EMPLOYERS FIRE INSURANCE COMPANY (hereinafter "EMPLOYERS") and Defendant/Counter-Claimant BASIC FOOD FLAVORS, INC. (hereinafter, "BFF"), (collectively, the "Parties"), by and through their respective counsel of record submit this stipulation to extend the global settlement deadlines, except for the March 27, 2012 Settlement Conference, as submitted and entered by this Court on January 26, 2012. [Doc. No. 65].  The Parties recognize the need to provide ample time for the interested third party claimants (hereinafter, "Claimants") to participate in the discussion of BFF's settlement proposal until such time that a mutual agreement has been reached and an eventual resolution of the claims.

/ / /

/ / /

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV  89148
(702) 382-1500

The following dates currently govern this case:

| February 3, 2012: | Basic Food Flavors, Inc. submits its final proposal to Buccino and Associates. |
| February 6, 2012: | Buccino & Associates delivers ballots for approval by voting by Claimants. |
| February 16, 2012: | Claimants return ballots to Buccino & Associates |
| February 22, 2012: | Buccino & Associates certifies results of voting to the Court via declaration. |
| March 27, 2012: | Settlement conference |

The Parties propose the following dates:

| February 6, 2012: | Basic Food Flavors, Inc. submits its proposal to Buccino and Associates. |
| February 8, 2012: | Buccino & Associates delivers initial proposal to Claimants for comments |
| February 15, 2012: | Last day for Claimants to provide comments |
| February 20, 2012: | Basic Food Flavors, Inc. submits its final proposal to Buccino & Associates |
| February 22, 2012: | Buccino & Associates delivers proposal to Claimants for approval by voting |
| February 29, 2012: | Claimants return ballots to Buccino |
| March 7, 2012: | Buccino & Associates certifies results of voting to the Court via declaration. |
| March 27, 2012: | Settlement Conference |

The Parties therefore request the Court to adopt the newly proposed schedule and maintain the March 27, 2012 Settlement Conference on the Court's calendar.

/ / /

/ / /

- 2 -

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

DATED: February 3 , 2012

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By:   /s/ *Joseph F. Bermudez*
      Joseph F. Bermudez, Esq. (*Pro hac vice*)
      Suzanne M. Meintzer, Esq.(*Pro hac vice*)
      1512 Larimer Street, Suite 550
      Denver, CO 80202
      *Attorneys for EMPLOYERS FIRE INSURANCE COMPANY*

DATED: February  3  , 2012

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _____
      Joseph P. Garin, Esq, (Bar #6653)
      Stephen G. Keim, Esq. (Bar #11621)
      9080 W. Post Road, Suite 100
      Las Vegas, Nevada 89148
      *Attorneys for BASIC FOOD FLAVORS, INC.*

## ORDER

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED that the Stipulation is adopted as the order of this Court.

DATED this _____ of February, 2012.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

By: _____
      Joseph P. Garin, Esq. (NV Bar No. 6653)
      Stephen G. Keim, Esq. (NV Bar No. 11621)
      9080 West Post Road, Suite 100
      Las Vegas, NV 89148
      (702) 382-1500
      Attorneys for BASIC FOOD FLAVORS, INC.

*Lipson, Neilson, Cole, Seltzer & Garin, P.C.*
*9080 West Post Road, Suite 100*
*Las Vegas, NV  89148*
*(702) 382-1500*

- 3 -