# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>BASIC FOOD FLAVORS, INC.,<br><br>          Defendants. | 2:10-cv-01109-JCM-VCF<br><br>**MINUTE ORDER** |

Before the Court is the Joint Motion and Proposed Order for Telephonic Status Conference (dkt. 76).

IT IS HEREBY ORDERED that a hearing is scheduled for April 20, 2012 at 1:00 p.m. in Courtroom 3A.

DATED this 16th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE