**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY, | |
| Plaintiff, | 2:10-cv-01109-JCM-VCF |
| vs. | **MINUTE ORDER** |
| BASIC FOOD FLAVORS, INC., | |
| Defendants. | |

Before the Court is the Joint Motion and Proposed Order for Telephonic Status Conference (dkt. 76).

IT IS HEREBY ORDERED that a hearing is scheduled for April 20, 2012 at 1:00 p.m. in Courtroom 3A.

DATED this 16th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE