# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) BASIC FOOD FLAVORS, INC., ) ) Defendant. ) ) | 2:10-cv-01109-JCM -VCF  **O R D E R** |

Before the court is the parties' Joint Motion For Telephonic Status Conference. (#76). The court granted the motion (#77), and held a status conference on April 20, 2012.

Based on the representations of the parties during the status conference, the action shall proceed as follows: Within five (5) days from the entry of this order, the parties shall deliver to Judge Ferenbach's chambers Exhibit H to the Settlement Agreement in accordance with the protective order (#58) governing this action. A hearing on the motion for order approving settlement (#74) is scheduled for May 15, 2012, at 2:00 p.m. All parties, Mr. Picone, and Mr. Weisbrod are required to appear. The parties shall provide at least fourteen (14) days notice of the hearing to all known HVP claimants, and inform the claimants that telephonic participation in the hearing is permissible. On or before May 8, 2012, the parties shall deliver to the undersigned Magistrate Judge's chambers an original signed and complete settlement agreement with all exhibits. The court will file the settlement agreement in open court on the day of the hearing, and will seal Exhibit H. After the hearing, the court will issue a Report

. . .

. . .

. . .

. . .

. . .

and Recommendation regarding the Settlement Agreement.

    Accordingly, and for good cause shown,

    IT IS ORDERED that the parties shall proceed as outlined above.

    DATED this 20th day of April, 2012.

                                          **CAM FERENBACH**
                                          **UNITED STATES MAGISTRATE JUDGE**

2