1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY, | 2:10-CV-1109 JCM (VCF) |

EMPLOYERS FIRE INSURANCE
COMPANY,

               Plaintiff,

v.

BASIC FOOD FLAVORS, INC.,

               Defendant.

**ORDER**

Presently before the court are the report and recommendation of Magistrate Judge Ferenbach. (Doc. #86).  No objections were filed to the report and recommendation.

The magistrate judge stayed the case on December 2, 2010, pending the outcome of a global settlement conference.  (Doc. #41).  On March 21, 2012, plaintiff Employers Fire Insurance Company and defendant Basic Food Flavors, Inc. filed a joint motion for order approving settlement. (Doc. #74).  The magistrate judge held a hearing on the motion on May 15, 2012. (Doc. #85).  The hydrolyzed vegetable protein ("HVP") claimants were given 14-days notice of the hearing.  (Doc. #86).  The magistrate judge noted that no objections were made by any of the parties or the HVP claimants.  (Doc. #86).

The magistrate judge recommends that the joint motion for order approving settlement (doc. #74) be granted, thereby approving court exhibits one and two.  (Doc. #86).  Court exhibit one is the original signed settlement agreement.  Court exhibit two consists of table one from the final claims

16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

1    evaluation report, which was filed under seal.

2          The court agrees with the magistrate judge's report and recommendation, and no objections

3    have been filed.

4          Accordingly,

5          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stay in the above-

6    captioned case be, and the same hereby is, lifted.

7          IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge

8    Ferenbach (doc. #86) be, and the same hereby are, AFFIRMED in their entirety.

9          DATED June 5, 2012.

10

11   _____
     **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -