JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
STEPHEN G. KEIM, ESQ.
Nevada Bar No. 11621
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com

Attorneys for BASIC FOOD FLAVORS, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYERS FIRE INSURANCE COMPANY<br><br>Plaintiff/ Counter-Defendant,<br><br>vs.<br><br>BASIC FOOD FLAVORS, INC.<br><br>Defendant/Counter-Claimant. | Case No.: 2:10-cv-001109-JCM-VCF |

### ORDER APPROVING SETTLEMENT

Pursuant to the June 5, 2012 Order [Doc. No. 88] affirming the report and recommendation of the Magistrate Judge granting the approval of the Settlement Agreement and no objections being filed; good cause appearing,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Court FINDS that the Basic Food Flavors, Inc. and Employers Fire Insurance Company HVP Claims Settlement Agreement (the "Agreement") is fair and reasonable;

2. The Court hereby ORDERS that the Agreement is APPROVED;

/ / /

/ / /

3.     The Court further ORDERS that, upon Employers Fire Insurance Company's satisfaction of its obligations to make payments under Section V of the Agreement, Employers Fire Insurance Company shall be deemed to have purchased any and all interests of Basic Food Flavors, Inc. and/or any Participating Claimants (as defined in the Agreement) in the insurance policy that is the subject of this Action (Policy No. 713-00-93-03-0000, having a term from September 1, 2009 to September 1, 2010), and the potentially applicable of limits of such insurance policy shall be deemed fully exhausted; and,

4.     The Court shall retain jurisdiction to resolve any disagreements arising under or with respect to the Agreement or this Order.

Dated this 11th day of June, 2012.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

By: _____
Joseph P. Garin, Esq. (NV Bar # 6653)
Stephen G. Keim, Esq. (NV Bar #11621)
9080 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Defendant/Counter-Claimant*
*Basic Food Flavors, Inc.*